IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| W.V.G. a minor, by his father, guardian and Next Friend, William V. Graham, III , <br><br> Plaintiff, <br><br> vs. <br><br> BILLINGS CLINIC, a corporation, MAUREEN C. LUCAS, M.D., <br><br> Defendant. | CV 17-1-BLG-SPW-TJC <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE AT PRELIMINARY PRETRIAL CONFERENCE** |

Defendant has filed an unopposed motion for counsel to appear by telephone at the Preliminary Pretrial Conference. (Doc. 20.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

Defendant's counsel John A. Scully may appear by telephone at the May 16, 2017 Preliminary Pretrial Conference. Counsel shall follow the below steps to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #
3. Press #

DATED this 10th day of May, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge