IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| W.V.G., a minor, by his father, guardian, and next friend, William V. Graham III,<br><br>Plaintiff,<br><br>Vs.<br><br>BILLINGS CLINIC and MAUREEN C. LUCAS, M.D.,<br><br>Defendants. | Cause No. 17-1-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO FILE DOC. 24 UNDER SEAL AND FOR LEAVE TO FILE REDACTED VERSION** |

Upon Defendants' motion to file Doc. 24 under seal and for leave to file a redacted version of the same, for good cause shown, and noting that the motion is unopposed, Defendants' motion is hereby GRANTED.

It is hereby ORDERED that the clerk of court file Doc. 24 under seal. Defendants shall have leave to file a redacted version of Doc. 24.

DATED this 10th day of May, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge