IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| W.V.G. a minor, by his father, guardian and Next Friend, William V. Graham, III, <br><br> Plaintiff, <br><br> vs. <br><br> BILLINGS CLINIC, a corporation, MAUREEN C. LUCAS, M.D., <br><br> Defendant. | CV 17-1-BLG-SPW-TJC <br><br> **CERTIFICATION UNDER 28 U.S.C. § 2403 AND FED. R. CIV. P. 5.1(b)** |

Pursuant to the directive set forth in 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the United States District Court for the District of Montana hereby certifies to the Honorable Tim Fox, Attorney General of the State of Montana, that the validity, under Article II, §§ 4, 16, 17, 26, and 31 and Article III § 1 of the Montana Constitution, of the non-economic damage limitation embodied in Mont. Code Ann. § 25-9-411 and the payment of damages provision embodied in Mont. Code Ann. § 25-9-412, have been placed at issue in the above referenced case.

/ / /

/ / /

The Clerk of Court is directed to serve a copy of this certification on the Attorney General of the State of Montana.

DATED this 16th day of May, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge