Larry G. Grubbs
Grubbs Law Office, PLLC
404 N. 31st St., Suite 125
Billings, MT  59101
Telephone:  (406) 245-0900
Telecopier:  (406) 245-2660
Larry@eglawfirm.com
*Co-Counsel for Plaintiff*

Michael G. Eiselein
Eiselein Law Firm, PLLC
P.O. Box 1729
Billings, MT 59103
Telephone:  (406) 252-3461
Telecopier:  (406) 245-2660
Mike@eglawfirm.com
*Co-Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| W.V.G., a minor, by his father, guardian, and next friend, William V. Graham III,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC, a corporation, and MAUREEN C. LUCAS, MD,<br><br>Defendants. | Civil Action No. 17-1-BLG-TJC<br><br>**PROPOSED ORDER SETTING HEARING ON PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS** |

THIS MATTER having come before the Court pursuant to *Plaintiff's Amended Motion for Approval of Settlement of Minor's Claims and Request for hearing Date (Unopposed)*, and good cause appearing;

-2-

**IT IS ORDERED** that said unopposed motion will be heard and considered by the undersigned United States Magistrate Judge at ____ o'clock __.m., on _____, the _____ day of _____, 2018, at the James F. Battin Federal Courthouse, 2601 2nd Avenue North, Billings, Montana,

DATED this ____ day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge