IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| W.V.G., a minor, by his father, guardian, and next friend, William V. Graham III,<br><br>Plaintiff,<br><br>Vs.<br><br>BILLINGS CLINIC and MAUREEN C. LUCAS, M.D.,<br><br>Defendants. | Cause No. 17-1-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO FILE SETTLEMENT DOCUMENTS UNDER SEAL** |

Pursuant to Plaintiff's Unopposed Motion for Leave to File Settlement Documents Under Seal (Doc. 46), and good cause appearing;

IT IS ORDERED that the motion is GRANTED. The parties' proposed Release and Settlement Agreement, and documents pertaining to a proposed structuring of a portion of the settlement proceeds, lodged as Doc. 47, shall be filed under seal.

DATED this 21st day of May, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge