FILED
APR 03 2018
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| W.V.G., a minor, by his father, guardian, and next friend, William V. Graham III,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC, a corporation, and MAUREEN C. LUCAS, MD,<br><br>Defendants. | Civil Action No. 17-1-BLG-TJC<br><br>**ORDER RE: APPOINTMENT OF GUARDIAN *AD LITEM*** |

This matter came on for hearing before the Court on April 3, 2018, pursuant to Plaintiff's unopposed motion for the appointment of William V. Graham III, father and next friend of the Plaintiff, as guardian *ad litem*. (Doc. 43).

The Court finds that William V. Graham III, who is the minor child's father and has served as W.V.G.'s next friend throughout this action, is an appropriate person to serve as guardian *ad litem* for the purpose of executing settlement documents and otherwise completing the settlement, and that he may so serve without bond in light of the proposed manner of distribution of proceeds through Plaintiff's attorney's Trust Account. Accordingly,

IT IS ORDERED that William V. Graham III is hereby appointed as guardian *ad litem*, without bond, to act for and on behalf of W.V.G. for the purpose of completing the settlement, and is hereby authorized to execute the approved Release and Settlement Agreement and related structured/annuity documents,

Statement of Distribution, and Special Needs Trust ("Care Trust") document(s); to endorse and deliver the settlement check(s) to Plaintiff's counsel for distribution as approved; and, to execute such other documents and take such steps as may be reasonably necessary to effect the approved settlement and distribution of proceeds.

DATED this 3rd day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge