IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| W.V.G., a minor, by his father, guardian, and next friend, William V. Graham III,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC, a corporation, and MAUREEN C. LUCAS, M.D.,<br><br>Defendants. | CV 17-1-BLG-TJC<br><br>**ORDER** |

In light of the settlement of this action and the Court's Order Approving Settlement of Minor's Claim, IT IS ORDERED that the pending motions to strike (Docs. 33, 37) are DENIED AS MOOT, and all pending deadlines, including the Final Pretrial Conference and Trial, set forth in the Scheduling Order (Doc. 31) are VACATED.

DATED this 16th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1