IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| W.V.G., a minor, by his father, guardian, and next friend, William V. Graham III,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC, a corporation, and MAUREEN C. LUCAS, M.D.,<br><br>Defendants. | CV 17-1-BLG-TJC<br><br>**ORDER REGARDING COMPLETION OF SETTLEMENT and RELEASE OF GUARDIAN** |

This matter is before the Court pursuant to the filing of Plaintiff's Status Report Regarding Settlement and Related Unopposed Motions. (Doc. 58.) The Court being advised by counsel for the Plaintiff and guardian *ad litem* that the confidential settlement has been completed and the proceeds distributed in accordance with the approved Statement of Distribution (Doc. 54), that the Care Trust approved and created by this Court (Doc. 53) has been filed with the Superior Court of Spokane County Washington (as No. 18-4-00638-6) for ongoing supervision and monitoring under that Court's Guardianship Monitoring Program, and that counsel for the Defendants consent to entry of this order; and good cause appearing,

/ / /

IT IS HERBY ORDERED:

1.  Per the Order Approving Settlement of Minor's Claims (Doc. 54), the copy of the fully executed Statement of Distribution (lodged as Doc. 59) shall be filed under seal.

2.  William V. Graham III is hereby discharged from further duties and responsibilities as guardian *ad litem*; provided, however, that he may request further authority from this Court to execute additional documents and/or take other steps to fully complete the settlement transactions should the need arise.

DATED this 7th day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge