IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| W.V.G., a minor, by his father, guardian, and next friend, William V. Graham III,<br><br>        Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC, a corporation, and MAUREEN C. LUCAS, M.D.,<br><br>        Defendants. | CV 17-1-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 57), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear his/her/its own attorneys' fees and costs.

DATED this 7th day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge